# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ELIJAH MALEEK NELSON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-2596

_____

July 1, 2026

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Blair Allen, Public Defender, and J. Rafael Rodriguez, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

Affirmed.

KELLY, BLACK, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior to official publication.